UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE GELITO RODRIGUEZ, | ) | Case No. CV 15-1307 ODW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STU SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed without prejudice.

DATED: February 27, 2015

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE